## 57000. MAXWELL v. THE STATE.

BELL, Chief Judge.

The defendant was convicted of two counts of aggravated assault. The sufficiency of the evidence is the only issue raised. We have examined the transcript and find that the conviction was authorized.

*Judgment affirmed. Webb and Banke, JJ., concur.*

SUBMITTED JANUARY 3, 1979 — DECIDED JANUARY 9, 1979.

*Louise T. Hornsby,* for appellant.
*Lewis R. Slaton, District Attorney, Joseph J. Drolet,*

*Carole E. Wall, Assistant District Attorneys,* for appellee.